**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1512**

AFSHAN SYED KAZMI, as personal representative of the Estate
of Syed Aftab Kazmi,

        Debtor - Appellant,

     v.

WELLS FARGO BANK, N.A.,

        Creditor – Appellee,

     and

JUDY A. ROBBINS, United State Trustee,

        Trustee - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema,
District Judge. (1:16-cv-00178-LMB-IDD; 15-11836-RGM)

Submitted: October 26, 2016        Decided: November 4, 2016

Before WYNN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Afshan Syed Kazmi, Appellant Pro Se. Bradley David Jones,
OFFICE OF THE UNITED STATES TRUSTEE, Alexandria, Virginia;
Robert Joseph Schneider, Jr., UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Afshan Syed Kazmi, as personal representative of the Estate of Syed Aftab Kazmi, appeals the district court's order dismissing her appeal from the bankruptcy court's ruling dismissing, without prejudice, the underlying bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kazmi v. Wells Fargo Bank, N.A. Nos. 1:16-cv-00178-LMB-IDD; 15-11836-RGM (E.D. Va. Apr. 5, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED